Karra J. Porter, #5223
   Karra.Porter@chrisjen.com
Stephen D. Kelson, #8458
   Steve.Kelson@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472

Robert E. Udall, #13866
   Bobby@bobbyudall.com
Joshua J. Harward, #15857
   Josh@bobbyudall.com
THE LAW OFFICE OF BOBBY UDALL, PLLC
76 East 6790 South
Midvale, Utah 84047
Telephone: (801) 980-7777
Fax: (801) 981-4679

*Attorneys for Named Plaintiff and the Classes*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DALTON K. JENSEN on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS; ANYWHERE REAL ESTATE INC.; HOMESERVICES OF AMERICA, INC.; HSF AFFILIATES, LLC; BHH AFFILIATES, LLC; RE/MAX LLC; KELLER WILLIAMS L.L.C.; KELLER WILLIAMS OF SALT LAKE; KW ST. GEORGE KELLER WILLIAMS REALTY; KW WESTFIELD; EQUITY REAL ESTATE; CENTURY 21 EVEREST; REALTYPATH, LLC; and WINDEMERE REAL ESTATE SVCS. CO.<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 2:24-cv-00109-JCB<br><br>Magistrate Judge Jared C. Bennett |

Plaintiff Dalton K. Jensen ("Named Plaintiff"), through undersigned counsel, and Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff provides notice of voluntary dismissal of the above captioned case.

DATED this 23rd day of May, 2024.

                                          CHRISTENSEN & JENSEN, P.C.

                                        */s/ Stephen D. Kelson*
                                        Karra J. Porter
                                        Stephen D. Kelson

                                        THE LAW OFFICE OF BOBBY UDALL

                                        */s/ Joshua J. Harward*
                                        Robert E. Udall
                                        Joshua J. Harward

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2024, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was filed using the Court's electronic filing system.

                                        */s/ Jessica Sherman*